

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2018

SO ORDERED
[signature]
10/5/18

**BY ELECTRONIC MAIL – FILED UNDER SEAL**

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Oliver Hargreaves*, 18 Mag. 8324

Dear Judge Freeman:

    The Government writes, with the consent of defense counsel, Glenn A. Garber, Esq., to request a modification of the bail conditions in the above captioned case. As the Court is aware, at a bail hearing held this morning, the Court set the following conditions of release: (a) a $500,000 personal recognizance bond, signed by the defendant and two financially responsible persons, and secured by $20,000 cash; (b) travel restricted to S.D.N.Y. and E.D.N.Y.; (c) surrender of passport and no new travel applications; (d) supervision by the Pretrial Services office; (e) defendant to reside at a particular apartment located in Brooklyn, New York; and (f) a curfew from 8:00 p.m. to 6:00 a.m., to be enforced through GPS monitoring. The Court ordered the defendant released upon satisfaction of the all of the above-described conditions.

    The defendant has diligently sought two co-signers for the bond, but does not believe that his proposed co-signers are prepared to sign the bond by tomorrow. Accordingly, the parties jointly propose the following two modifications to the bond: (a) that the defendant be released on all of the conditions described above, with the exception of the co-signer condition, with the co-signer condition to be met by Friday, October 12, 2018; and (b) that until two co-signers sign the bond, the defendant shall be subject to home detention enforced by electronic monitoring, with permission to leave the Brooklyn residence only to meet with counsel, meet with representatives of the Government, and coordinate any proactive cooperation with handling case agents.

Because this letter addresses the defendant's cooperation, the Government requests that it be filed under seal and that its docketing be delayed.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: ＿＿＿/s/＿＿＿
Christopher J. DiMase / Nicholas Folly
Assistant United States Attorneys
(212) 637-2433 / 1060
Julieta V. Lozano
Special Assistant United States Attorney
(212) 335-4025

cc: Glenn A. Garber, Esq.