ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

    - v. -                          :

OLIVER HARGREAVES,                   :

              Defendant.          :

- - - - - - - - - - - - - - - - - x

**SEALED INFORMATION**

18 Cr. _____ (KPF)

**18 CRIM 746**

### COUNT ONE

(Conspiracy to Commit Extortion)

The United States Attorney charges:

    1.    From at least in or about March 2017, up to and including in or about August 2017, OLIVER HARGREAVES, the defendant, who was arrested in the Southern District of New York, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), and thereby would and did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HARGREAVES and other co-conspirators not named as defendants herein, who believed that an individual residing in the United Kingdom ("Individual-1") had stolen the proceeds of an international fraud scheme that were supposed to be wired to the

United States, used threats of physical harm to demand that Individual-1 return the fraud proceeds via international wire.

(Title 18, United States Code, Sections 1951 and 3238.)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

OLIVER HARGREAVES,

                       Defendant.

**SEALED INFORMATION**

18 Cr. _____ (KPF)

(18 U.S.C. §§ 1951 and 3238)

                      GEOFFREY S. BERMAN
                      United States Attorney.