

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

March 30, 2021

**BY EMAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States* **v.** *Oliver Hargreaves*, **18 Cr. 746 (KPF)**

Dear Judge Failla:

    The Government writes to respectfully request that the Court unseal the above-captioned case, so that all prior documents and transcripts of proceedings in this case are publicly filed on the docket. The defendant recently testified pursuant to a cooperation agreement with the Government in a trial before the Honorable Jed. S. Rakoff, captioned *United States v. Hamid "Ray" Akhavan and Ruben Weigand*, 20 Cr. 188 (JSR). Accordingly, there is no ongoing basis for the defendant's case to remain under seal. The Government accordingly requests that the Court so-order this letter, thereby directing the clerk to unseal this case.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney

           By:   s/_____
                   Nicholas Folly / Tara M. La Morte / Emily
                   Deininger
                   Assistant United States Attorneys
                   (212) 637-1060 / 1041 / 2472

cc:     Glenn A. Garber, Esq.

Application GRANTED. The Clerk of Court is directed to unseal this case.

Dated: March 30, 2021
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE