ORIGINAL   WHEEL A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :   NOTICE OF INTENT
                                     TO FILE AN
        - v. -                   :   INFORMATION

OLIVER HARGREAVES,               :   18 Mag. 8324

              Defendant.         :

- - - - - - - - - - - - - - - - - - x

18 CRIM 746

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October 5, 2018

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                          By:       _____
                                    Christopher J. DiMase
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                          By:       _____
                                    Glenn A. Garber, Esq.
                                    Attorney for Oliver Hargreaves