**18 CRIM 746**

ORIGINAL

DOCKET No. **18cr**_____  DEFENDANT: **Oliver Hargreaves**_____

AUSA **Christopher J. DiMase**_____  DEF.'S COUNSEL **Glenn A. Garber**_____
☐ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST **9/27/2018**_____   ☐ VOL. SURR.
TIME OF ARREST _____   ☐ ON WRIT
☐ Other: _____   TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ **500,000**_____ PRB
☑ **1**_____ FRP  (Father)
☑ SECURED BY $ **60,000**_____ CASH/PROPERTY: **$20,000 deposit earlier; $30,000 today; $10,000 on or before 10/19/208**
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☑ OTHER CONDITIONS **Defendant's cellphone to have GPS and be shared with case agents. Defendant to live in Barcelona, Spain. Defendant to check in with case agents once every 48 hours. Removal of earlier: Pretrial Supervision, detention monitoring, requirement to live in Brooklyn, NY., and travel restrictions; and Defendant to give notice of and obtain approval from case agents for all travel outside of Spain**
☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☑ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: **All but $10,000 cash deposit**_____ ; REMAINING CONDITIONS TO BE MET BY **10/19/2018**

COMMENTS/ADDITIONAL PROCEEDINGS:

**Defendant's passport shall be returned to Defendant.**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: **10/12/2018**_____   _/s/ Katharine Parker_
UNITED STATES ~~MAGISTRATE~~ JUDGE, S.D.N.Y.
DISTRICT

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2