GtEx 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :   SEALED WAIVER OF INDICTMENT
        - v. -                    :
                                  :   18 Cr. ____ (KPF)
OLIVER HARGREAVES,                :
                                  :   **18 CRIM 746**
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1951 and 3828, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Oliver Hargreaves
Defendant

_____
Witness

_____
Glenn A. Garber, Esq.
Counsel for Defendant

Date:   New York, New York
        October 12, 2018

0202