

**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2019

**BY ELECTRONIC MAIL – FILED UNDER SEAL, DELAYED DOCKETING**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Oliver Hargreaves*, **18 Cr. 746 (KPF)**

Dear Judge Failla:

    The Government respectfully submits this letter to seek a six-month adjournment of the control date for sentencing in this matter, currently set for April 10, 2019. As the Court may recall, on or about October 12, 2018, the defendant waived indictment and pleaded guilty to a one-count Information charging him with Hobbs Act extortion, in violation of 18 U.S.C. §§ 1951 and 3238. The Court ordered the defendant released on bail conditions, which, among other things, permit the defendant to reside in Spain, with travel outside of Spain to be approved by law enforcement agents, and require him to check in with agents at least once every 48 hours. The Government agreed to allow the defendant to return to Spain in order to facilitate his ongoing proactive assistance to the Government.

    Since that time, the defendant has continued to proactively assist the Government's investigation, which is active and ongoing. Among other things, the defendant is continuing to participate in consensually recorded calls, and has attended and recorded (and will continue to attend and record, as opportunities arise) meetings involving several targets who are located abroad. The defendant has been fully compliant with his bail conditions and has followed the instructions of agents.

    In addition, the parties are in ongoing discussions concerning the defendant's proactive efforts, including the possibility of his entry into cooperation agreement with the Government. Any such agreement would require the defendant to return to the United States for a period of time, to participate in additional proffer meetings and attend one or more court proceedings. In the

event that the Court grants the parties' request for a six-month adjournment of the sentencing control date, the Government will apprise the Court of the progress of those discussions in advance of the next sentencing control date, to the extent the Court wishes to receive such a status update.

For the foregoing reasons, the Government requests that the Court adjourn the current sentencing control date for a period of six months. The Government has conferred with Glenn Garber, Esq., counsel for the defendant, who informed the Government that the defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Christopher J. DiMase / Nicholas Folly / Tara M. La Morte
Assistant United States Attorneys
(212) 637-2433 / 1060 / 1041
Julieta V. Lozano
Special Assistant United States Attorney
(212) 335-4025

cc: Glenn A. Garber, Esq.

---

Application GRANTED. The sentencing previously scheduled for April 10, 2019, is hereby ADJOURNED to **October 9, 2019, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The parties shall provide a joint status update on or before **July 9, 2019**.

This endorsement shall be filed under seal.

Dated: April 9, 2019
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE