**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 7, 2019

### BY ELECTRONIC MAIL – FILED UNDER SEAL, DELAYED DOCKETING

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Oliver Hargreaves*, 18 Cr. 746 (KPF)

Dear Judge Failla:

    With the consent of the defense, the Government writes respectfully to request a six-month adjournment of the defendant's sentencing, which is currently scheduled for October 9, 2019. The defendant has continued to proactively assist the Government's investigation, which remains active and ongoing. The Government expects that the defendant's cooperation will continue for the next six months. Among other things, the defendant is continuing to participate in consensually recorded calls involving several targets and is providing the Government with copies of written communications with those targets. In addition, the Government is currently exploring securing the defendant's return to the United States in connection with further proactive assistance planned for later this month. The defendant has remained fully compliant with his bail conditions, has followed the instructions of agents, and has abided the Government's requests connected with

his proactive assistance.   Accordingly, we respectfully request a six-month adjournment of the defendant's sentencing.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By:     /s/
       Christopher J. DiMase / Nicholas Folly /
       Tara M. La Morte
       Assistant United States Attorneys
       (212) 637-2433 / 1060 / 1041
       Julieta V. Lozano
       Special Assistant United States Attorney
       (212) 335-4025

cc:    Glenn A. Garber, Esq.

Application GRANTED. Defendant's sentencing, previously scheduled for October 9, 2019, is hereby ADJOURNED to **April 7, 2019, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse 40 Foley Square, New York, New York.

Dated: October 7, 2019        SO ORDERED.
       New York, New York

                                      *Katherine Polk Failla*

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE