

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2020

**BY ELECTRONIC MAIL – FILED UNDER SEAL, DELAYED DOCKETING**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Oliver Hargreaves*, **18 Cr. 746 (KPF)**

Dear Judge Failla:

    With the consent of the defense, the Government writes respectfully to request a six-month adjournment of the defendant's sentencing control date, which is currently scheduled for December 4, 2020 at 3:00 p.m.

    As the Court is aware, the defendant pled guilty pursuant to a cooperation agreement with the Government on February 10, 2020. Since that time, based, in part, on the defendant's cooperation, the Government has charged two individuals under docket number 20 Cr. 188 (JSR), pending before the Honorable Jed S. Rakoff. Both of those individuals were arrested in the Central District of California in or about March 2020.

    Trial in 20 Cr. 188 was scheduled for December 1, 2020, but at the direction of Chief Judge McMahon, has been postponed in light of the pandemic. We understand that Judge Rakoff has requested a date of January 19, 2021 for the trial, but we still awaiting confirmation of a trial date.

    The defendant is expected to testify at this trial. In addition, once the trial is complete, additional cooperation is expected for other uncharged targets. Although the defendants in 20 Cr. 188 are aware that the defendant in this case is a cooperator, the public is not. Accordingly, the Government respectfully requests that the Court adjourn the defendant's sentencing control date for a period of approximately six months.

Letter to the Honorable Katherine Polk Failla
December 3, 2020

In light of the defendant's ongoing cooperation, including against uncharged targets, the Government also respectfully requests that all Court records in connection with the defendant's case, including his guilty plea on February 10, 2020, remain sealed and that docketing of those records continue to be delayed.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  _____/s/_____
Christopher J. DiMase / Nicholas Folly /
Tara M. La Morte
Assistant United States Attorneys
(212) 637-2433 / 1060 / 1041
Julieta V. Lozano
Special Assistant United States Attorney
(212) 335-4025

cc:   Glenn A. Garber, Esq.

```
Application GRANTED.  The sentencing control date is adjourned to June
4, 2021.

The Clerk of Court is directed to file this endorsement with delayed
docketing and under seal, viewable to the Court, the Government,
Defendant and Counsel only.


Dated:  December 3, 2020            SO ORDERED.
        New York, New York
```

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2