

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2021

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States* v. *Oliver Hargreaves*, 18 Cr. 746 (KPF)

Dear Judge Failla:

With the consent of the defense, the Government writes respectfully to request a six-month adjournment of the defendant's sentencing control date, which is currently scheduled for December 8, 2021. As the Court is aware, the defendant pled guilty pursuant to a cooperation agreement with the Government on February 10, 2020. Since that time, based, in part, on the defendant's cooperation, the Government has charged two individuals under docket number 20 Cr. 188 (JSR), pending before the Honorable Jed S. Rakoff. Both of those individuals were convicted following a trial at which the defendant testified, which occurred in March 2021.

While the trial is complete, additional cooperation is expected for other targets, including defendants who are pending extradition. In light of the defendant's ongoing cooperation, the Government respectfully requests that the Court adjourn the defendant's sentencing control date for a period of approximately six months.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Nicholas Folly / Emily Deininger
Assistant United States Attorneys
(212) 637-1060 / 2472

Application GRANTED.

The sentencing control date in this matter is ADJOURNED to **June 15, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 22.

Dated: December 7, 2021      SO ORDERED.
       New York, New York

                              *Katherine Polk Failla*

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE