

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2022

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States* v. *Oliver Hargreaves*, 18 Cr. 746 (KPF)

Dear Judge Failla:

      With the consent of the defense, the Government writes respectfully to request an adjournment of the defendant's sentencing control date, which is currently scheduled for December 14, 2022. In light of the defendant's ongoing cooperation, the Government respectfully requests that the Court adjourn the defendant's sentencing control date for a period of approximately six months.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:      /s/
      Nicholas Folly / Emily Deininger
      Assistant United States Attorneys
      (212) 637-1060 / 2472

Application GRANTED.  The sentencing control date in this matter is hereby ADJOURNED to 3:30 p.m. on **June 29, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 26.

Dated:    December 12, 2022
          New York, New York