

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2023

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



    Re:    *United States v. Oliver Hargreaves*, 18 Cr. 746 (KPF)

Dear Judge Failla:

    With the consent of the defense, the Government respectfully writes to request an adjournment of the defendant's sentencing control date, which is currently scheduled for June 29, 2023. In light of the defendant's ongoing cooperation, the Government respectfully requests that the Court adjourn the sentencing control date for a period of approximately four months.

                                Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                    By:    s/_____
                             Kevin Mead / Juliana Murray /
                             Nicholas Folly
                             Assistant United States Attorneys
                             (212) 637-2211 / 2314 / 1060

cc:    Glenn Garber, Esq. (by ECF)

Application GRANTED. The sentencing control date in this matter is hereby ADJOURNED to 3:00 p.m. on **November 1, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 31.

SO ORDERED.

Dated: June 27, 2023
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE